# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STEPHEN M. BARRIENTEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:19-CV-3407 JMB |
| ) | |
| ANNE L. PRECYTHE, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

Before the Court are two pending motions in this 28 U.S.C. § 2254 matter. First, petitioner Stephen M. Barrientez filed a motion for leave to proceed *in forma pauperis* on December 30, 2019. ECF No. 2. However, on January 10, 2020, the Court received payment of the full $5 filing fee in this matter. As a result, petitioner's motion to proceed without prepayment will be denied as moot. Second, the Court received by mail an unsigned document titled "Motion For Amicus Curiae; Best Friend Standing As Mediator For Stephen M. Barrientez, With Counsel Appointment and For Dennis Ray Wright To Help Mr. Stephen M. Barrientez, In His Decision Making." ECF No. 4. It appears that this unsigned motion is being brought by a non-party to this case, Dennis Ray Wright. *See id.* at 1 ("COMES NOW, Dennis Ray Wright, in pro-se files this motion to this Honorable Court …"). There is no indication that Dennis Ray Wright is an attorney. Only attorneys can file papers on a party's behalf. 28 U.S.C. § 1654; Fed. R. Civ. P. 11. As a result, this motion will be stricken.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed *in forma pauperis* [ECF No. 2] is **DENIED as moot**.

**IT IS FURTHER ORDERED** that the motion titled "Motion For Amicus Curiae; Best Friend Standing As Mediator For Stephen M. Barrientez, With Counsel Appointment and For Dennis Ray Wright To Help Mr. Stephen M. Barrientez, In His Decision Making" [ECF No. 4] is ordered **STRICKEN** from the docket.

Dated this 28th day of January, 2020.

/s/ *John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE